NO









NO. 12-10-00116-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

DON PAUL CARTER,

APPELLANT                                                     '     APPEAL
FROM THE 349TH

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

SUZANNE MARIE SULEWSKI,                     '     HOUSTON
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM OPINION

PER
CURIAM

            Appellant
Don Paul Carter has filed an unopposed motion to dismiss this appeal.  In his
motion, Carter he has recently discovered that the issue he sought to appeal
has not been severed by the trial court and therefore the judgment appealed
from is interlocutory.  Because Carter has met the requirements of Texas Rule
of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is
dismissed.  

Opinion delivered April 30, 2009.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

(PUBLISH)